UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

****************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 18-40039 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| FRANCISCO PABLO-HERNANDEZ, | * | |
| Defendant. | * | |

****************************************************************************

Defendant filed a Petition to Enter a Plea of Guilty and Statement of Factual Basis. A hearing to take the plea was held before the Magistrate Judge on September 17, 2018, and Judge Duffy issued a Report and Recommendation that Defendant's plea be accepted and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment which charged him with illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Francisco Pablo-Hernandez is adjudged guilty.

Dated this 18th day of September, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK
BY:_____
Deputy